**ROGER L. DEMIK, ESQ.**, VSB # 09099
**Attorney at Law**
348 Overlook Drive
P. O. Box 459
Lebanon, VA 24266
Ph. (276) 889-1182
Fax (276) 889-2215
Email: rld.inc@charter.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Bailey, et al. vs. Pfizer, Inc.<br>Case No.: **3:05-CV-04494-CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Ronnie Lyons and Kathy Umbarger<br><br>Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Ronnie Lyons and Kathy Umbarger, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 2, 2009

By: /signature/
Roger L. DeMik, Esq.
Attorneys for Plaintiffs, Ronnie Lyons and
Kathy Umbarger

DATED: March 27, 2009          GORDON & REES

By: /s/
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2009   /signature/
Hon. Charles R. Breyer
United States District Court