1  **ROGER L. DEMIK, ESQ.**, VSB # 09099
   **Attorney at Law**
2  348 Overlook Drive
   P. O. Box 459
3  Lebanon, VA 24266
   Ph. (276) 889-1182
4  Fax (276) 889-2215
   Email: rld.inc@charter.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Osborne, et al. vs. Pfizer & Co., Inc. Case No.: **3:05-CV-04494-CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Nancy Osborne, Individually, and as Administrator of the<br>**ESTATE OF JOHN OSBORNE**<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Nancy Osborne, Individually, and as the Administrator of the Estate of John Osborne, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

DATED: March 16, 2009

By: _____
Roger L. DeMik, Esq.
Attorneys for Plaintiffs, Nancy Osborne,
Individually, and as the Administrator
of the Estate of John Osborne

DATED: _____March 27_____, 2009

GORDON & REES

By:_____/s/_____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _April 3, 2009_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE