**ROGER L. DEMIK, ESQ.**, VSB # 09099
**Attorney at Law**
348 Overlook Drive
P. O. Box 459
Lebanon, VA 24266
Ph. (276) 889-1182
Fax (276) 889-2215
Email: rld.inc@charter.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Bailey, et al. vs. Pfizer, Inc.<br>Case No.: **3:05-CV-04494-CRB**<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Brenda Ratliff, individually, and as the Administrator of the<br>**ESTATE OF EUGENE RATLIFF**<br>Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Brenda Ratliff, individually, and as the Administrator of the ESTATE OF EUGENE RATLIFF, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: January 2, 2009

By: _____
Roger L. DeMik, Esq.
Attorneys for Plaintiffs, Brenda Ratliff, individually and, as the Administrator of the Estate of Eugene Ratliff

DATED: March 27, 2009     GORDON & REES

By: _____/s/_____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2009     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH  PREJUDICE