1
2
**ROGER L. DEMIK, ESQ.**, VSB # 09099
Attorney at Law
348 Overlook Drive
P. O. Box 459
Lebanon, VA 24266
Ph. (276) 889-1182
Fax (276) 889-2215
Email: rld.inc@charter.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Bailey, et al. vs. Pfizer, Inc.<br>Case No.: **3:05-CV-04494-CRB**<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Lottie M. Robinson<br><br>                    Plaintiff,<br>        vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, Lottie M. Robinson, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: January 2, 2009

By: /s/ Roger L. DeMik
Roger L. DeMik, Esq.
Attorneys for Plaintiff, Lottie M. Robinson

DATED: March 27, 2009        GORDON & REES

By: /s/
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE