ROGER L. DEMIK, ESQ., VSB # 09099
Attorney at Law
348 Overlook Drive
P. O. Box 459
Lebanon, VA 24266
Ph. (276) 889-1182
Fax (276) 889-2215
Email: rld.inc@charter.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Bailey, et al. vs. Pfizer, Inc.<br>Case No.: **3:05-CV-04494-CRB**<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| Clayton H. Stacy, Individually, and as the Executor of the<br><br>**ESTATE OF ELLA STACY**<br>             Plaintiffs,<br>      vs.<br>Pfizer, Inc., et al.<br>             Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Clayton Stacy, individually, and as Executor of the ESTATE OF ELLA STACY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2   DATED: January 2, 2009
3
4   By: _____
    Roger L. DeMik, Esq.
5   Attorneys for Plaintiffs, Clayton Stacy, Individually and
    as Executor of the Estate of Ella Stacy

6   DATED: March 27, 2009     GORDON & REES
7
8   By: _____/s/_____
    Stuart M. Gordon
9   Attorneys for Defendants

10
11
12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
13
14  Dated: April 3, 2009   _____
15  Hon. Charles R. Breyer
    United States District Court

-2-