**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

_____/

No. MDL 05-01699 CRB

**ORDER RE: MOTION TO
WITHDRAW AS COUNSEL AND FOR
PLAINTIFF TO SHOW CAUSE**

*This document relates to:*

Robin Adams, No. 05-4494 CRB

_____/

Now pending for decision is the motion of the attorney Roger DeMik to withdraw as
counsel for plaintiff in the above action.

After carefully considering the motion, and the supporting affidavit, the Court
ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) DeMik's motion to withdraw
should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of
prosecution.  See Fed. R. Civ. P. 41.  If plaintiff wishes to contest the withdrawal of counsel
and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the
Court in writing on or before **May 9, 2010,** of the reasons the withdrawal should not be
granted or the case dismissed.  In particular, if plaintiff wishes to proceed with this action,
she shall advise the Court of the name and address of her new counsel or, if she will be
representing herself, she must advise the Court of her current contact information.  Plaintiff

1    is warned that her failure to communicate with the Court in writing as set forth above may

2    result in dismissal of her action with prejudice.

3         **IT IS SO ORDERED.**

4

5    Dated: April 6, 2010

     _____
     CHARLES  R. BREYER
     UNITED STATES DISTRICT JUDGE