1 | **Roger L. DeMik, Esq.,** VSB # 09099
   | **Attorney At Law**
2 | 348 Overlook Drive
   | P.O. Box 459
3 | Lebanon, VA 24266
   | Telephone: 276-889-1182
4 | Facsimile: 276-889-2215
   | *Attorney for Plaintiffs*
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12 IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13 PRODUCT LIABILITY LITIGATION | **Case No.: 3:05-cv-04494-CRB**<br><br>**MDL NO. 1699** |
| 14 Billy Bailey, et al. | **District Judge: Charles R. Breyer** |
| 15                                      Plaintiffs, | |
| 16 vs. | **STIPULATION AND ORDER OF** |
| 17 Pfizer Inc, | **DISMISSAL WITH PREJUDICE** |
| 18                                      Defendant. | |
| 19 | |

20

21    Come now the Plaintiffs **Imogene King, Eldridge King, Larry Mercer, Brenda**

22 **Mercer, Judy Gobble, George Gobble, Deborah Gosnell, Jimmy Gosnell, Cathy Lyons,**

23 **Brenda Jackson, George Luther Gregg, Peggy Owens Brand and husband, Wesley Gene**

24 **Jenkins,** and **Joseph Horne** in the above-entitled action, and Defendant, by and through the

25 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

26 stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

27 each side bearing its own attorneys' fees and costs.

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42842221.1

1

DATED: 3/18/2010     By: _____
                          **Roger L. DeMik, Esq.**, VSB # 09099

2

                          **Attorney At Law**
                          348 Overlook Drive

3

                          P.O. Box 459

4

                          Lebanon, VA 24266
                          Telephone: 276-889-1182

5

                          Facsimile: 276-889-2215
                          *Attorney for Plaintiffs*

6

7

DATED: 03/19 , 2010     By: _____

8

                          Michelle W. Sadowsky

9

                          **DLA Piper US LLP**
                          1251 Avenue of the Americas

10

                          New York, NY 10020
                          Telephone: 212.335.4625

11

                          Facsimile: 212.884.8675
                          *Attorneys for Defendants*

12

13

14

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

15

**IT IS SO ORDERED.**

16

17

Dated: April 5, 2010

18

                          Hon. Charles R. Breyer
                          United States District Court

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42842221.1