1  Roger L. DeMik, Esq., VSB # 09099
   **Attorney At Law**
2  348 Overlook Drive
   P.O. Box 459
3  Lebanon, VA 24266
   Telephone: 276-889-1182
4  Facsimile: 276-889-2215
   *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:05-cv-04494-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Billy Bailey, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **Kenard Dales,** in the above-entitled action, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: 03/18/, 2010    By: /s/ Roger L. DeMik
                       Roger L. DeMik, Esq., VSB # 09099
                       **Attorney At Law**
                       348 Overlook Drive
                       P.O. Box 459
                       Lebanon, VA 24266

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42843824.1

| | |
|---|---|
| | Telephone: 276-889-1182 |
| | Facsimile: 276-889-2215 |
| | *Attorney for Plaintiffs* |

DATED: 03/19, 2010     By: _____

Michelle W. Sadowsky
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675
*Attorneys for Defendants*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: April 5, 2010

_____
Hon. Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42843824.1