IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR PLAINTIFF TO SHOW CAUSE** |

*This document relates to:*

Robin Adams, No. 05-4494 CRB
_____/

    This Court previously ordered Plaintiff to show cause why her counsel's motion to withdraw should not be granted and why her complaint should not be dismissed for lack of prosecution. Plaintiff was ordered to respond in writing to this Court by May 9, 2010. This deadline is hereby extended to May 14, 2010.

    **IT IS SO ORDERED.**

Dated: April 20, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE