1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| This Document Relates to:<br><br>Robin Adams          05-4494 CRB<br>Manuel Gonzales     06-7284 CRB | **ORDER OF DISMISSAL WITH PREJUDICE** |

18        The Court ordered the Plaintiffs identified in the caption to show cause why their actions

19   should not be dismissed for lack of prosecution.  As of the date of the hearing on the show cause

20   order, Plaintiff have not responded to the Court's Order and have not appeared at the show cause

21   hearing.  Accordingly, the actions identified in the above caption are DISMISSED with prejudice

22   pursuant to Federal Rule of Civil Procedure 41.

23   **IT IS SO ORDERED.**

24

25   Dated:  May 14, 2010

26                                          _____
                                           HONORABLE CHARLES R. BREYER
27                                          UNITED STATES DISTRICT JUDGE

28

- 1 -

ORDER OF DISMISSAL WITH PREJUDICE - M:05-CV-01699-CRB